UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| )| |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Misc. Action No. 05-251 (HHK) |
| ) | |
| DANIEL J. WILLIAMS, JR.,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |
| GMAC,   ) | |
| ) | |
| Intervenor.   ) | |

**PRAECIPE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney William R. Cowden as counsel for the United States in the above-captioned case.

Respectfully submitted,

/s/
_____
WILLIAM R. COWDEN, DC Bar #426301
Assistant United States Attorney
555 4th St., N.W., Rm 4229
Washington, DC 20530
202-307-0258

## CERTIFICATE OF SERVICE

    I hereby certify that I caused a copy of the foregoing Praecipe be served by U.S. Mail, postage paid on this 18th day of July 2005 upon:

Jeffrey B. Fisher, Esq.
Martin Stuart Goldberg, Esq.
The Fisher Law Group, PLLC
9440 Pennsylvania Avenue
Upper Marlboro, MD 20772
(301) 599-7700

    _/s/_____
WILLIAM R. COWDEN
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, DC 20530
202-307-0258