UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Misc. Action No. 05-251 (HHK) |
| ) | |
| DANIEL J. WILLIAMS, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| GMAC, ) | |
| ) | |
| Petitioner. ) | |
| ) | |

**MOTION BY THE UNITED STATES FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

The United States respectfully moves this Court for an enlargement of time through and including July 27, 2005 within which to answer, move, or otherwise respond to the Petition to Strike Final Order of Forfeiture filed by GMAC in this miscellaneous matter. Good cause exists to grant this motion:

    1. The Final Order of Forfeiture entered against Daniel J. Williams, Jr. in criminal case 04-0418 disposes of any interest that Mr. Williams had in the real property at issue, but it does not affect the interest of innocent owners or innocent lienholders. In this case, GMAC appears to be an innocent lienholder.

    2. The United States and GMAC have had some discussions about how best to proceed in this matter and it is likely that both parties will agree to a resolution that will render GMAC's petition moot.

    3. Government counsel would have consulted with counsel for GMAC with respect to

this enlargement motion (pursuant to Local Rule 7(m)), but counsel for GMAC indicated that he would not be in the office after about 4 p.m. today.

For these reasons, the United States requests that the Court grant this Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond. A proposed Order is submitted.

    Respectfully submitted,

    /s/
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

    /s/
WILLIAM R. COWDEN, DC BAR # 426301
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W., Rm 4229
Washington, D.C.  20530
(202) 307-0258
(202) 514-8780 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing Motion to be served by U.S. Mail, postage paid on this 18th day of July 2005 upon:

Jeffrey B. Fisher, Esq.
Martin Stuart Goldberg, Esq.
The Fisher Law Group, PLLC
9440 Pennsylvania Avenue
Upper Marlboro, MD 20772
(301) 599-7700

    /s/
WILLIAM R. COWDEN
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, DC 20530
202-307-0258

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Misc. Action No. 05-251 (HHK) |
| | ) | |
| DANIEL J. WILLIAMS, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| GMAC, | ) | |
| | ) | |
| Intervenor. | ) | |

## ORDER

Upon consideration of the government's Motion for Enlargement of Time to Respond to the Petition, and for good cause shown, it is this ____ day of _____, hereby

ORDERED that the government's motion is GRANTED. The government's responsive pleading shall be due on July 27, 2005.

_____
UNITED STATES DISTRICT JUDGE

ECF service to counsel of record