# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Misc. Action No. 05-251 (HHK) |
| ) | |
| DANIEL J. WILLIAMS, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| GMAC, ) | |
| ) | |
| Petitioner. ) | |
| ) | |

## UNITED STATES' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND

The United States respectfully moves this Court for a ten-day enlargement of time, or through August 10, 2005, within which to answer, move, or otherwise respond to the Petition to Strike Final Order of Forfeiture filed by GMAC in this miscellaneous matter. Good cause exists to grant this motion:

1. The Final Order of Forfeiture entered against Daniel J. Williams, Jr. in criminal case 04-0418 disposes of any interest that Mr. Williams had in the real property at issue, but it does not affect the interest of innocent owners or innocent lien holders who were reasonably unaware of the forfeiture proceedings. In this case, GMAC appears to be such an innocent lienholder.

2. As we previously indicated, the United States and GMAC have had some discussions about how best to proceed in this matter and it is likely that both parties will agree to a resolution that will render GMAC's petition moot. We are presently trying to ascertain the preferred procedure for disposing of the forfeited asset at issue in a manner that will best ensure

satisfaction of GMAC's lien, and those discussions are ongoing.

3. Government counsel has consulted with counsel for GMAC with respect to this enlargement motion (pursuant to Local Rule 7(m)), and counsel for GMAC indicated that he consents to this requests.

For these reasons, the United States requests that the Court grant this Unopposed Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond. A proposed Order is submitted.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

/s/
WILLIAM R. COWDEN, DC BAR # 426301
Assistant United States Attorney
Asset Forfeiture Unit
555 Fourth Street, N.W., Rm 4229
Washington, D.C. 20530
(202) 307-0258
(202) 514-8780 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Motion to be served by U.S. Mail, postage paid on this 27th day of July 2005 upon:

Jeffrey B. Fisher, Esq.
Martin Stuart Goldberg, Esq.
The Fisher Law Group, PLLC
9440 Pennsylvania Avenue
Upper Marlboro, MD 20772
(301) 599-7700

/s/
WILLIAM R. COWDEN

-2-

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>         Plaintiff,            )<br>                              )<br>    v.                        )<br>                              )<br> DANIEL J. WILLIAMS, JR.,     )<br>                              )<br>         Defendant.           )<br>                              )<br> GMAC,                        )<br>                              )<br>         Intervenor.          )<br> _____) | Misc. Action No. 05-251 (HHK) |

**ORDER**

Upon consideration of the government's Motion for Enlargement of Time to Respond to the Petition, and for good cause shown, it is this ____ day of _____, hereby

ORDERED that the government's motion is GRANTED. The government's responsive pleading shall be due on August10, 2005.

_____
UNITED STATES DISTRICT JUDGE

ECF service to counsel of record