UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>v.            )<br>)<br>DANIEL J. WILLIAMS, JR., )<br>)<br>    Defendant. )<br>)<br>GMAC,        )<br>)<br>    Petitioner. )<br>_____) | Misc. Action No. 05-251 (HHK) |

## JOINT MOTION TO STAY PROCEEDINGS

The United States and Petitioner GMAC respectfully move this Court for a thirty-seven day stay of all proceedings, or through September 16, 2005.  Good cause exists to grant this motion:

1.  The Final Order of Forfeiture entered against Daniel J. Williams, Jr. in criminal case 04-0418 disposes of any interest that Mr. Williams had in the real property at issue there, and here, but it does not affect the interest of innocent owners or innocent lien holders who were reasonably unaware of those forfeiture proceedings.  In this case, GMAC appears to be such an innocent lienholder.

2.  As we previously indicated, the United States and GMAC have had discussions about how best to proceed in this matter and the parties are working to resolve this matter.  The resolution the parties contemplate will make this matter moot.  Such a resolution is contemplated to occur within the next several weeks, once supporting documents can be secured and final settlement figures can be verified.

3. The parties propose that the Court stay this case until September 16, 2005. On or before that date, the parties propose to report to the Court on the progress of their effort to resolve this matter.

For these reasons, the parties request that the Court grant this Joint Motion to Stay. A proposed Order consistent with the relief requested is submitted.

Respectfully submitted,

\_/s/_____
JEFFREY B. FISHER, Bar #212308
MARTIN S. GOLDBERG, Bar #460159
The Fisher Law Group, PLLC
9440 Pennsylvania Avenue
Upper Marlboro, MD 20772
(301) 599-7700

\_/s/_____
KENNETH L. WAINSTEIN, Bar #451058
United States Attorney

\_/s/_____
WILLIAM R. COWDEN, Bar #426301
Assistant United States Attorney
Asset Forfeiture Unit
555 Fourth Street, N.W., Rm 4229
Washington, D.C. 20530
(202) 307-0258
(202) 514-8780 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DANIEL J. WILLIAMS, JR., )<br>)<br>Defendant. )<br>)<br>GMAC, )<br>)<br>Intervenor. )<br>) | Misc. Action No. 05-251 (HHK) |

**ORDER**

Upon consideration of the parties' Joint Motion to Stay, and for good cause shown, it is this ____ day of _____, hereby

ORDERED that the Motion to Stay is GRANTED. This case is stayed until September 16, 2005, by which time the parties shall file a report with the Court outlining their progress in resolving this matter.

_____
UNITED STATES DISTRICT JUDGE

ECF service to counsel of record