UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DANIEL J. WILLIAMS, JR., ) <br> ) <br> Defendant. ) <br> ) <br> GMAC, ) <br> ) <br> Petitioner. ) <br> _____) | Misc. Action No. 05-251 (HHK) |

**JOINT REPORT AND MOTION TO CONTINUE THE STAY**

  The United States and Petitioner GMAC respectfully file this joint report and move this Court for an additional sixty-day stay of all proceedings, or through December 16, 2005. Good cause exists to grant this motion.

  1. As we previously indicated, the United States and GMAC have had discussions about how best to proceed in this matter and the parties are working to resolve this matter. The resolution the parties contemplate will make this matter moot. Such a resolution is contemplated to occur as soon as the details can be reflected in an agreement. The proposed settlement would ensure GMAC that its secured interest in the real property forfeited to the United States would be satisfied at the time of the property's sale. The property at issue is currently listed for sale.

  2. The parties propose that the Court stay this case until December 17, 2005, because it is taking longer than anticipated to finalize the agreement. On or before that date, the parties propose to report to the Court on the progress of their efforts to dispose of the property at issue and to resolve this matter, or to file a settlement agreement and stipulated dismissal of this

matter.

For these reasons, the parties request that the Court grant this Joint Motion to Stay. A proposed Order consistent with the relief requested is submitted.

Respectfully submitted,

_/s/_____
JEFFREY B. FISHER, Bar #212308
MARTIN S. GOLDBERG, Bar #460159
The Fisher Law Group, PLLC
9440 Pennsylvania Avenue
Upper Marlboro, MD 20772
(301) 599-7700

_/s/_____
KENNETH L. WAINSTEIN, Bar #451058
United States Attorney


_/s/_____
WILLIAM R. COWDEN, Bar #426301
Assistant United States Attorney
Asset Forfeiture Unit
555 Fourth Street, N.W., Rm 4229
Washington, D.C. 20530
(202) 307-0258
(202) 514-8780 (fax)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Misc. Action No. 05-251 (HHK) |
| ) | |
| DANIEL J. WILLIAMS, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| GMAC, ) | |
| ) | |
| Intervenor. ) | |
| _____) | |

## ORDER

Upon consideration of the parties' Joint Motion to Stay, and for good cause shown, it is this ____ day of _____, hereby

ORDERED that the Motion to Stay is GRANTED. This case is stayed until December 16, 2005, by which time the parties shall file a report with the Court outlining their progress in resolving this matter.

_____
UNITED STATES DISTRICT JUDGE

ECF service to counsel of record