# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Misc. Action No. 05-251 (HHK) |
| ) | |
| DANIEL J. WILLIAMS, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| GMAC, ) | |
| ) | |
| Petitioner. ) | |
| ) | |

## REPORT TO THE COURT

The United States and GMAC are working to resolve this matter. Terms of a Stipulation of Settlement and Dismissal appears to have been finalized and the Stipulation is being circulated for signatures. The United States anticipates that a fully executed Stipulation of Settlement and Dismissal will be filed within the next two weeks – before the end of this month.

Respectfully submitted,

\_/s/_____
KENNETH L. WAINSTEIN, Bar #451058
United States Attorney


\_/s/_____
WILLIAM R. COWDEN, Bar #426301
Assistant United States Attorney
Asset Forfeiture Unit
555 Fourth Street, N.W., Rm 4824
Washington, D.C. 20530
(202) 307-0258
(202) 514-8780 (fax)